10-7-15

Kalvin D. Coward #1091875
Augusta Corr. Center
1821 Estaline Valley Road
Craigsville, Va. 24430

No. 14-6562
(1:10-cv-00147-LMB/TRJ)

Dear Honorable Clerk,

    on 10-5-15 I received a copy of a letter dated 9-30-15, from Melissa L. Wood, Senior Staff Counsel, addressed to D. Zachary Hudson of Bancroft PLLC, assigning him as counsel on my behalf in this appeal.

What is this all about? Why wasn't I made aware of this in advance? It is totally unreasonable for the court to have made a decision in this litigation without me being made aware of it, and then assign a counsel and instruct him on what the main issue is and advise him on being free to address any additional issues which appear to be meritorious. This whole affair is just ridiculous. It appears that you are attempting to take it out of my hands, the one whom has been litigating this case ever since 2009, the one whom is intimately involved and hold this case and these issues close in mind and heart, and is putting it in the hands of someone whom doesn't even have a clue as to what is at stake here. I understand that Mr. Hudson is a professional litigator, to what extent I cannot say, and I can appreciate him being on my team, however, he must show and prove that he is really on my team and have my best interest at heart, or this is not going to work, at all. I have represented myself very well up

①

to this point and I would rather continue to represent myself if Mr. Hudson is not going to advocate my cause. I need to have a clear understanding on what is going on with this case. Have a decision been reached, and if so, why haven't I been made aware of it, and when will I be made aware of it? On 5-26-15, in a very late response to my letter of 12-11-14, deputy clerk Julie Hall advised me that once a decision has been rendered in my appeal, I will be promptly notified by the court. I have every reason to believe that a decision has been rendered, however, I haven't been made aware of it. What is going on here? I need to know. I would also like to know what was the decision in the case (No. 14-6441, Incumaa v. Stirling) that caused my appeal to be put in abeyance. The oral argument was held in the Incumaa case on 3-24-15, has a decision been issued? I need to know exactly what is it that Mr. Hudson supposed to be doing? What is he supposed to be filing and why is he free to address any additional issues that appear to be meritorious, when every meritorious issue should be addressed. My mind is blown as to the manner in which this case is being handled, but be assured that it is not blown as to me knowing what must be done when or if I see that my cause is not being advocated as it should be. Please respond and address my concerns thoroughly.

Peace and Universal Love,
Kalvin Coward

②

Kalvin O. Leward #1091875
Augusta Correctional Center
1821 Eastaline Valley Road
Craigsville, Virginia 24430

Clerk's Office
U.S. Court of Appeals
For The Fourth Circuit
Richmond, Virginia 23219

